UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NANCY L. COBB, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-01881-JMS-DKL |
| | ) | |
| THE LILLY RETIREMENT PLAN, | ) | |
| *Defendant*. | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order on Motion to Dismiss, also issued this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant The Lilly Retirement Plan, such that Plaintiff shall take nothing by way of her complaint.

06/07/2013

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to counsel of record**